# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GRANDBERRY, | No. 2:19-CV-2622-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| RELIASTAR LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon consideration of the joint status report on file in this action, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

2. Jurisdiction and venue are not contested.

3. If not already done, initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) shall be exchanged by September 1, 2020.

4. The parties have agreed to participate in private mediation to be completed by December 18, 2020;

///

5. The parties shall exchange initial lists of expert witnesses no later than January 12, 2021, and lists of rebuttal experts no later than February 16, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6. Non-expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by February 26, 2021.

7. Expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by March 30, 2021.

8. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by April 22, 2021.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  July 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE